# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GARY L. FOGG

VERSUS

GLYNNE M. JONES, III, ET AL

NO.  2022 CW 0766

**AUGUST 29, 2022**

---

In Re:    Gary  L.  Fogg,  applying  for  supervisory  writs,  22nd
          Judicial  District  Court,  Parish  of  St.  Tammany,  No.
          2021-11676.

---

**BEFORE:    McDONALD, McCLENDON, AND HOLDRIDGE, JJ.**

**WRIT DENIED.**  This court has been advised that the district
court acted on the motion filed by relator, Gary L. Fogg, on May
19, 2022, and set a contradictory hearing for October 6, 2022.

**JMM**
**PMc**
**GH**

COURT OF APPEAL, FIRST CIRCUIT

_____
      DEPUTY CLERK OF COURT
          FOR THE COURT